United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MELINDA RUTH HALL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00114 |
| **COMMISSIONER OF SOCIAL SECURITY, UNITED STATES ATTORNEY GENERAL, REGIONAL CHIEF COUNSEL—REGION VI, UNITED STATES ATTORNEY'S OFFICE,** | § § § § § § § § | |
| **Defendants.** | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 20, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Julie K. Hampton. (Dkt. No. 15). Magistrate Judge Hampton made findings and conclusions and recommended that Plaintiff's construed Motion for Summary Judgment be denied, and Defendants' construed Motion for Summary Judgment be granted. (*Id.* at 1). Magistrate Judge Hampton further recommend that Plaintiff's case be dismissed. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On February 3, 2023, Plaintiff filed one objection. (Dkt. No. 16). Plaintiff disagreed with Magistrate Judge Hampton's determination that the ALJ adequately addressed the consistency and supportability of Dr. Joseph Laraker's medical opinion of Plaintiff's physical condition. (*Id.* at 1–4).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Hampton's M&R, (Dkt. No. 15), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's construed Motion for Summary Judgment, (Dkt. Nos. 11, 12), is **DENIED**;

(3) Defendants' construed Motion for Summary Judgment, (Dkt. No. 14), is **GRANTED;** and

(4) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on April 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**